# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Moreno, | Case: 8:14-CV-00375-CJC-DFM |
|       Plaintiff, | **NOTICE OF DISMISSAL &** |
|   v. | **ORDER THEREON** |
| Northwest Dealerco Holdings, LLC, a Delaware Limited Liability Company; W & G Petroleum, Inc., a California Corporation; and Does 1-10, | |
|       Defendants. | |

## **ORDER**

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice.

Dated: <u>August 8, 2014</u>

                   HONORABLE CORMAC J CARNEY
                   UNITED STATES DISTRICT COURT JUDGE